TJS:TAF
F.#2004R02709

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN DOE

        Defendant.

- - - - - - - - - - - - - - - - X

CR 06     100

GARAUFIS, J.

NOTICE OF MOTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 17 2006 ★
BROOKLYN OFFICE

     PLEASE TAKE NOTICE that the government will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           February 17, 2006

                                        ROSLYNN R. MAUSKOPF
                                        United States Attorney
                                        One Pierrepont Plaza
                                        Brooklyn, New York 11201

                 By:      _____
                                        Thomas Firestone
                                        Assistant U.S. Attorney



FORM AMENDED JULY 1, 1993

GARAUFIS, J.
FEB 17 2006
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRIMINAL CASE
INFORMATION SHEET

1.  Title of Case: U.S.A. v. John Doe

2.  Related Magistrate Docket Number(s): 05 022 M

    None ( )

3.  Arrest Date: January 27, 2005

4.  Nature of Offense(s):     X   Felony
                              ___ Misdemeanor

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules).
    U.S. v. Oganessian, 04 Cr. 741 (NGG)

6.  Projected Length of Trial:   Less than 6 weeks (X)
                                 More than 6 weeks ( )

7.  County in which cause of action arose: Kings

8.  Has this indictment/information been ordered sealed? ( ) YES (X) NO

9.  Have arrest warrants been ordered: ( ) YES  (X) NO

                                        UNITED STATES ATTORNEY

                                        By: ZZ Thomas Firehose Ext. 6470
                                        Assistant U.S. Attorney
                                        Special Assistant U.S. Attorney