KJ:MHW:ljm
F. #2004R02709

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

    Defendant.

- - - - - - - - - - - - - - - - - X

UNSEALING ORDER

06-CR-100(NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 05 2006 ★
BROOKLYN OFFICE

    Upon the oral application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by MICHAEL H. WARREN, Assistant United States Attorney, it is hereby

    ORDERED that the Clerk of the Court unseal the minutes of the pleading on February 23, 2006, before Judge Nina Gershon for purposes of the United States Attorney's Office to obtain a copy and resealing the minutes in the above-captioned case.

Dated: Brooklyn, New York
       August 31, 2006

                                Eric N. Vitaliano
                        UNITED STATES DISTRICT JUDGE
                        EASTERN DISTRICT OF NEW YORK